IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lucille Salter Packard Children's Hospital at Stanford, et al., <br><br> Plaintiff(s), <br> v. <br><br> Fortis Benefits Insurance Company, et al., <br><br> Defendant(s). | NO. C 05-01731 JW <br><br> **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to the parties' stipulation, the presently scheduled hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended for June 13, 2005 is vacated. The parties requested that the hearing be rescheduled to July 11, 2005. The Court, however, is unavailable on July 11. Thus, the hearing is set for **July 25, 2005 at 9 a.m.**

Dated: June 7, 2005

/s/ James Ware
JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Christopher L. Wanger cwanger@manatt.com
Gregory N. Pimstone gpimstone@manatt.com
3  Joy Young Stephenson jstephenson@sacfirmonline.com
Ryan S. Hilbert rhilbert@manatt.com
4  Vincent A. Acquisto vacquisto@sacfirmonline.com

5  **Dated: June 7, 2005**                                         **Richard W. Wieking, Clerk**

6

7                                                                              **By:   /s/ JW Chambers**
                                                                                        **Ronald L. Davis**
                                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California