MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
11355 West Olympic Boulevard
Los Angeles, CA  90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (California Bar No. 164751)
RYAN S. HILBERT (California Bar No. 210549)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:   (650) 213-0260

Attorneys for Defendants,
FORTIS BENEFITS INSURANCE COMPANY
AND JOHN ALDEN LIFE INSURANCE COMPANY

STEPHENSON, ACQUISTO & COLMAN
FREDERICK V. GEISLER (California Bar No. 70929)
BARRY SULLIVAN (California Bar No. 136571)
JOSEPH HELGESON (California Bar No. 228650)
303 North Glenoaks Boulevard, Suite 700
Burbank, CA  91502
Telephone:   (818) 559-4477
Facsimile:    (818) 559-5484

Attorneys for Plaintiffs,
LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, and STANFORD HOSPITAL AND CLINICS

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a Non-Profit California corporation, and STANFORD HOSPITAL AND CLINICS, a Non-Profit California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FORTIS BENEFITS INSURANCE COMPANY, a For-Profit Minnesota Corporation, JOHN ALDEN LIFE INSURANCE COMPANY, a For-Profit Wisconsin Corporation, and DOES 1-15, inclusive,<br><br>Defendants. | Case No.   C05-01731 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION REQUESTING CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Lucille Salter Packard Children's Hospital at Stanford and Stanford Hospital and Clinics (collectively, "Plaintiffs") and Defendants Fortis Benefits Insurance Company ("Fortis") and John Alden Life Insurance Company ("John Alden") (collectively "Defendants"), that:

WHEREAS, on August 10, 2005, Plaintiffs filed a Motion Requesting Certification Pursuant to 28 U.S.C. § 1292(b) (the "Motion"), which Motion was set for hearing on Monday, September 19, 2005;

WHEREAS, Defendants' Opposition to Plaintiffs' Motion is currently due on or before Monday, August 29, 2005, and Plaintiffs' Reply is due on or before Friday, September 2, 2005;

WHEREAS, based on the schedule of defense counsel, Defendants have asked and Plaintiffs have agreed to continue the hearing on the Motion by seven days such that Defendants' Opposition is now due on or before Friday, September 2, 2005;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the hearing on Plaintiffs' Motion may be continued seven days to September 26, 2005;

IT IS HEREBY FURTHER STIPULATED AND AGREED, that Defendants' Opposition to Plaintiffs' Motion may now be due on or before Friday, September 2, 2005, and that Plaintiffs' Reply may be due on or before Monday, September 12, 2005.

Dated: August 26, 2005            MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ryan S. Hilbert
Ryan S. Hilbert
*Attorneys for Defendants*
FORTIS BENEFITS INSURANCE COMPANY and
JOHN ALDEN LIFE INSURANCE COMPANY

| | |
|---|---|
| Dated: August 26, 2005 | STEPHENSON, ACQUISTO & COLMAN |
| | By: /s/ Joseph Helgeson<br>Joseph Helgeson<br>Attorneys for Plaintiffs,<br>LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, and STANFORD HOSPITAL AND CLINICS |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

Pursuant to stipulation and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion will be continued seven days to September 26, 2005;

IT IS HEREBY FURTHER ORDERED that Defendants' Opposition to Plaintiffs' Motion will now be due on or before Friday, September 2, 2005, and that Plaintiffs' Reply will be due on or before Monday, September 12, 2005.

IT IS SO ORDERED.

Dated: 9/02, 2005          /s/ James Ware
                                         Honorable James Ware
                                         U.S. District Court Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20141557.1

3

STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' REQUEST FOR CERTIFICATION
CASE NO. C05-01731 JW (HRL)