MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
11355 West Olympic Boulevard
Los Angeles, CA  90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (California Bar No. 164751)
RYAN S. HILBERT (California Bar No. 210549)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendants,
FORTIS BENEFITS INSURANCE COMPANY
AND JOHN ALDEN LIFE INSURANCE COMPANY

STEPHENSON, ACQUISTO & COLMAN
FREDERICK V. GEISLER (California Bar No. 70929)
BARRY SULLIVAN (California Bar No. 136571)
JULIE CLARY (California Bar No. 225369)
303 North Glenoaks Boulevard, Suite 700
Burbank, CA  91502
Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiffs,
LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, and STANFORD HOSPITAL AND CLINICS

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a Non-Profit California corporation, and STANFORD HOSPITAL AND CLINICS, a Non-Profit California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FORTIS BENEFITS INSURANCE COMPANY, a For-Profit Minnesota Corporation, JOHN ALDEN LIFE INSURANCE COMPANY, a For-Profit Wisconsin Corporation, and DOES 1-15, inclusive,<br><br>Defendants. | Case No.   C05-01731 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES BY WHICH TO DISCLOSE EXPERT WITNESSES** |

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Lucille Salter
2  Packard Children's Hospital at Stanford and Stanford Hospital and Clinics (collectively,
3  "Plaintiffs") and Defendants Fortis Benefits Insurance Company ("Fortis") and John Alden Life
4  Insurance Company ("John Alden") (collectively "Defendants"), that:
5    WHEREAS, the Scheduling Order in this matter currently provides that the disclosure of
6  expert witnesses occur by no later than April 3, 2006, and that the disclosure of rebuttal expert
7  witnesses occur by no later than May 3, 2006;
8    WHEREAS, the Scheduling Order in this matter further provides that any motion to
9  exclude an expert or any portion of an expert's testimony be filed, and that depositions of expert
10 witnesses be completed, by no later than June 12, 2006;
11   WHEREAS, Defendants are currently awaiting discovery responses from Plaintiffs and
12 have been informed that discovery by Plaintiffs is forthcoming;
13   WHEREAS, the parties wish to continue the deadlines by which they must disclose expert
14 witnesses until discovery has progressed and/or been completed so that they can better determine
15 whether and on what topics expert testimony may be needed, and avoid incurring any unnecessary
16 costs and expenses until such time;
17   WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadlines by
18 which the parties must disclose expert witnesses be continued by sixty (60) days in accordance
19 with the following schedule:
20   1.   Any party wishing to present expert witness testimony with respect to a claim or a
21 defense shall lodge with the Court and serve on all other parties the name, address, qualifications,
22 résumé and a written report which complies with Fed. R. Civ. Proc. 26(a)(2)(B) on or before June
23 2, 2006.
24   2.   If the testimony of the expert is intended solely to contradict or rebut opinion
25 testimony on the same subject matter identified by another party, the party proffering a rebuttal
26 expert shall make the disclosures required by Fed. R. Civ. Proc. 26(a)(2)(B), no later than July 3,
27 2006.
28   3.   Any party objecting to the qualifications or proposed testimony of an expert must

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION TO CONTINUE DEADLINES BY
WHICH TO DISCLOSE EXPERT TESTIMONY
CASE NO. C05-01731 JW (HRL)

file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than August 11, 2006.

4. Depositions of expert witnesses must be completed by no later than August 11, 2006.

5. Each of the other dates in the Court's September 7, 2005 Scheduling Order shall otherwise remain in effect.

Dated:  March 28, 2006          MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ryan S. Hilbert
Ryan S. Hilbert
*Attorneys for Defendants*
FORTIS BENEFITS INSURANCE COMPANY and
JOHN ALDEN LIFE INSURANCE COMPANY


Dated:  March 28, 2006          STEPHENSON, ACQUISTO & COLMAN

By: /s/ Julie Clary
Julie Clary
Attorneys for Plaintiffs,
LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, and STANFORD HOSPITAL AND CLINICS

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures*, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.

## ORDER

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED that that the deadlines by which the parties must disclose expert witnesses is continued by sixty (60) days in accordance with the following schedule:

1. Any party wishing to present expert witness testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, résumé and a written report which complies with Fed. R. Civ. Proc. 26(a)(2)(B) on or before **June 2, 2006**.

2. If the testimony of the expert is intended solely to contradict or rebut opinion

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION TO CONTINUE DEADLINES BY WHICH TO DISCLOSE EXPERT TESTIMONY
CASE NO. C05-01731 JW (HRL)

1  testimony on the same subject matter identified by another party, the party proffering a rebuttal
2  expert shall make the disclosures required by Fed. R. Civ. Proc. 26(a)(2)(B), no later than **July 3,**
3  **2006**.
4      3.   Any party objecting to the qualifications or proposed testimony of an expert must
5  file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in
6  writing in accordance with Civil Local Rule 7-2, for hearing no later than **August 11, 2006**.
7      4.   Depositions of expert witnesses must be completed by no later than August 11,
8  2006.
9      5.   Each of the other dates in the Court's September 7, 2005 Scheduling Order shall
10 otherwise remain in effect.
11 IT IS SO ORDERED.
12
13 Dated: __APRIL 5__, 2006                            _____
14                                                    Honorable James Ware
                                                     U.S. District Court Judge
15 20154745.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

4

STIPULATION TO CONTINUE DEADLINES BY
WHICH TO DISCLOSE EXPERT TESTIMONY
CASE NO. C05-01731 JW (HRL)