1 MANATT, PHELPS & PHILLIPS, LLP
  GREGORY N. PIMSTONE (Bar No. 150203)
2 11355 West Olympic Boulevard
3 Los Angeles, CA 90064
  Telephone: (310) 312-4000
4 Facsimile: (310) 312-4224

5 MANATT, PHELPS & PHILLIPS, LLP
  CHRISTOPHER L. WANGER (California Bar No. 164751)
6 RYAN S. HILBERT (California Bar No. 210549)
7 1001 Page Mill Road, Building 2
  Palo Alto, CA 94304-1006
8 Telephone: (650) 812-1300
  Facsimile:  (650) 213-0260
9
10 Attorneys for Defendants,
   FORTIS BENEFITS INSURANCE COMPANY
11 N/K/A UNION SECURITY INSURANCE COMPANY
   AND JOHN ALDEN LIFE INSURANCE COMPANY
12
             UNITED STATES DISTRICT COURT
13
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN JOSE DIVISION
15

| | |
|---|---|
| LUCILLE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a Non-Profit California corporation, and STANFORD HOSPITAL AND CLINICS, a Non-Profit California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FORTIS BENEFITS INSURANCE COMPANY, a For-Profit Minnesota Corporation, JOHN ALDEN LIFE INSURANCE COMPANY, a For-Profit Wisconsin Corporation, and DOES 1-15, inclusive,<br><br>Defendants. | Case No. C05-01731 JW (HRL)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

MANATT, PHELPS &
PHILLIPS, LLP
Attorneys At Law
Palo Alto

1

STIPULATED DISMISSAL WITH PREJUDICE;
[PROPOSED] ORDER
CASE NO. C05-01731 JW (HRL)

1  Defendants, John Alden Life Insurance Company ("John Alden") and Fortis Benefits
2  Insurance
3  Company n/k/a Union Security Insurance Company ("Fortis") (collectively, "Defendants"), and
4  Plaintiffs Lucile Salter Packard Children's Hospital at Stanford ("Lucile Salter") and Stanford
5  Hospital and Clinics (collectively, "Plaintiffs"), by counsel, hereby agree that all claims presented in
6  this action are to be dismissed with prejudice, with each party waiving its rights of appeal and bearing
7  its own attorneys' fees and costs.

8  Dated: August 23, 2006        MANATT, PHELPS & PHILLIPS, LLP

9                                By: _____Ryan S. Hilbert_____
10                                Ryan S. Hilbert
                                  *Attorneys for Defendants*
11                                FORTIS BENEFITS INSURANCE COMPANY N/K/A
                                  UNION SECURITY INSURANCE COMPANY and
12                                JOHN ALDEN LIFE INSURANCE COMPANY

14
15  Dated: August 23, 2006        LAW OFFICES OF STEPHENSON, ACQUISTO &
                                  COLMAN

16                                By: _____
17                                Barry Sullivan
                                  *Attorneys for Plaintiffs*,
18                                LUCILE SALTER PACKARD CHILDREN'S
                                  HOSPITAL AT STANFORD and STANFORD
19                                HOSPITAL AND CLINICS

21  PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims presented in this
22  action are dismissed with prejudice, with each party waiving its rights of appeal and bearing its own
23  attorneys' fees and costs.
24  IT IS SO ORDERED.
25  DATED: August 28, 2006        _____James Ware_____
26                                The Honorable James Ware
                                  United States District Judge

                                  STIPULATED DISMISSAL WITH PREJUDICE;
                                  [PROPOSED] ORDER
                                  CASE NO. C05-01731 JW (HRL)

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2